LEE B. WEBB, a Taxpayer of the Town of Orange, Respondent, *v.* ROBERT BELL et al., Appellants, Impleaded with Others.

*Webb* v. *Bell*, 22 App. Div. 314, affirmed.
(Argued March 28, 1900; decided April 17, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

November 29, 1897, affirming a judgment in favor of plaintiff
entered upon a decision of the court on trial at Special Term.

*O. P. Hurd* for appellants.

*Owen Cassidy* and *Charles M. Woodward* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, CULLEN,
and WERNER, JJ. Not sitting: LANDON, J.